**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Criminal No. 07-203 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Brandon Daniel Wilson-Allen, | |
| Defendant. | |

_____

This matter came before the Court on Defendant's Motion for an Extension of Time to File Objections and Proposed Amendments to the Presentence Report and Position Pleadings (Doc. No. 39).

Based on all the files and records before the Court:

**IT IS HEREBY ORDERED** that objections and proposed amendments to the Presentence Report, if any, are to be made by the parties to Probation Officer Randell W. Nikula by November 2, 2007.

**IT IS FURTHER ORDERED** that position pleadings, if any, bearing upon the sentencing issues in this case shall be filed with the Clerk of Court within seven days following issuance of the final Presentence Report.

Dated:  October 15, 2007

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge